# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE __JAMES ORENSTEIN__   DATE : 3/9/10   TIME: _____

DOCKET NUMBER : 10 CR 147 (SLT)   LOG #: ( H.19-4.34 )

DEFENDANT'S NAME : __ALICIA DIMICHELE__
  ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : __JEAN GRAZIANO__
  ___ Federal Defender of NY   ___ CJA   _X_ Retained

A.U.S.A. __AMY BUSA / MIKE TREMONTE__   DEPUTY CLERK : __K. DILORENZO__

INTERPRETER : _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to _____

✓ Defendant was released on $50,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

_2_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-sgned bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 3/9   Stop 3/24

_X_ Defendant's first appearance.   _X_ Defendant arraigned on the indictment.

___ Defendant informed of rights.

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for __3/24/10__ @ 10:30 am before Judge __Townes__

OTHERS : _____