**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 5

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 20, 2010

**<u>Via USPS and ECF</u>**

All Defense Counsel

> Re:   United States v. James Bombino, <u>et al</u>.
>       <u>Criminal Docket No. 10-147 (SLT)</u>

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**<u>DOCUMENTS AND OTHER TANGIBLE EVIDENCE</u>**

     The government seized 5 boxes of materials from defendant Garofalo's business.  These materials have been copied and Bates stamped and are located at First Choice Copy.  You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or **jmeisner@nyc.rr.com.**  Please reference print order number **26050.**

| DX # | Description | Bates Range |
|------|-------------|-------------|
| 11 | Affidavit and related documents in Support of a Search Warrant for the commercial premises known and described as 422 Spencer Street, Staten Island, New York 10314 and the office trailer and storage areas located therein | 11781-11832 |
| EGY | Copies of materials seized from 422 Spencer Street, Staten Island, New York 10314 | EGY 1-5864 |

Please contact me if you have any questions or
additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  /s/_____
Samantha E. Ward
Paralegal Specialist
(718) 254-6142