

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 6

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 24, 2010

**Via USPS and ECF**

All Defense Counsel

      Re:  United States v. James Bombino, <u>et al</u>.
           <u>Criminal Docket No. 10-147 (SLT)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**DOCUMENTS AND OTHER TANGIBLE EVIDENCE**

      The government seized 6 boxes of materials from the offices of All Around Trucking. These materials have been copied and Bates stamped and are located at First Choice Copy. You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or **jmeisner@nyc.rr.com.** Please reference print order number **26051.**

| DX # | Description | Bates Range |
|------|-------------|-------------|
| 12 | Affidavit and related documents in Support of a Search Warrant for the Premises Known and Described as The Offices and Yard of All Around Trucking and CJP Development LLC, Located on the First Floor of the Building Located at 152 McClean Avenue, Staten Island, New York 10305, and in the Parking Lot Adjacent Thereto and All Computers and All Closed and Locked Storage Containers and Items Locked Therein | 11833-11901 |
| AA | Copies of materials seized from 152 McClean Avenue, Staten Island, New York 10305, and the adjacent parking lot | AA 1-6591 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/
Samantha E. Ward
Paralegal Specialist
(718) 254-6142