# Criminal Calendar

**Before Judge Sandra L. Townes, U.S.D.J.**

Date: 9/10/10          Time: 11:00 - 11:30

DOCKET NUMBER: 10CR147(SLT)

DEFENDANT'S NAME: Alicia D. Michele
   X Present ___ Not Present ___ In Custody  X Bail

DEFENSE COUNSEL: Michael Macklowitz
   ___ Legal Aid  ___ CJA  X Retained

AUSA(s): Amy Busa + Michael Tremonte          Deputy Clerk: Veronica Frullo

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR: Fred Guccirio

**X** Case called for:

___ Arraignment:

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

X Status Conference:

X Order of Speedy Trial entered. Code Type XC Start 9/10/10 Stop 11/5/10.

X Status conference set for 11/5 @ 2:30 Before Judge Townes

___ Pretrial conference set for _____ @ _____ Before Judge Townes

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

OTHERS: