

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 9

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2010

**Via USPS and ECF**

All Defense Counsel

      Re:  United States v. James Bombino, <u>et al</u>.
           <u>Criminal Docket No. 10-147 (SLT)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**CONSENSUAL RECORDINGS**

    Discovery Exhibit 37 consists of 53 compact discs (Bates numbers 14191 - 14243), containing audio recordings of statements made by the defendant(s) to a confidential witness. You may obtain these materials by contacting John Palermo at (973) 895-1359.  Attached is a chart identifying the dates each of the defendant(s) were recorded (Bates number 14244).

    Please contact me if you have any questions or additional requests.

                          Very truly yours,

                           LORETTA E. LYNCH
                         United States Attorney

               By:  <u>/s/                 </u>
                    Samantha E. Ward
                    Paralegal Specialist
                    (718) 254-6142

cc:  Clerk of Court (SLT) (by ECF, without attachments)