AB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JAMES C. BOMBINO,
ALICIA DIMICHELE,
    also known as "Alicia
    Garofalo,"
EDWARD GAROFALO, JR.,
    also known as
    "Bobble" and
    "Tall Guy,"
MICHEAL D. SCIARETTA,
MICHAEL J. PERSICO,
THEODORE N. PERSICO, JR.,
    also known as
    "Skinny" and
    "Teddy,"
THOMAS PETRIZZO,
ANTHONY PREZA and
LOUIS ROMEO,

    Defendants.

- - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 05 2010 ★
BROOKLYN OFFICE

U N S E A L I N G
O R D E R

10-CR-147 (S-1) (SLT)

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Amy Busa, for an order unsealing the indictment in the above-captioned matter.

    WHEREFORE, it is ordered that the superseding indictment in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           November 5, 2010

                      s/Andrew L. Carter, Jr.
                      HONORABLE ANDREW L. CARTER, JR.
                      UNITED STATES MAGISTRATE JUDGE
                      EASTERN DISTRICT OF NEW YORK