

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:RN:sw
F.#2009R00195
Disc. 18

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 27, 2011

**Via ECF**

All Defense Counsel

      Re:  United States v. James Bombino, et al.
           Criminal Docket No. 10-147 (S-1)(SLT)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**STATEMENTS OF THE DEFENDANTS**

    1.   **Consensual Recording Transcripts**

     Pursuant to the stipulation signed by the parties, draft transcripts of portions of conversations recorded by a cooperating witness are available at First Choice Copy.  You may obtain these transcripts by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com.  Please reference print order number **60034**.

     The recordings corresponding to Discovery Exhibits 62 through 137 are contained in Discovery Exhibit 9, which was provided on April 14, 2010.

| DX # | Description |
|---|---|
| 62 | Draft transcript dated 1/12/07 |
| 63 | Draft transcript dated 1/25/07 |
| 64 | Draft transcript dated 5/29/07 |
| 65 | Draft transcript dated 9/27/07 |
| 66 | Draft transcript dated 10/12/07 |
| 67 | Draft transcript dated 10/26/07 |

| DX # | Description |
|---|---|
| 68 | Draft transcript dated 10/29/07 |
| 69 | Draft transcript dated 1/28/08 |
| 70 | Draft transcript dated 2/02/08 |
| 71 | Draft transcript dated 2/07/08 |
| 72 | Draft transcript dated 2/08/08 |
| 73 | Draft transcript dated 2/11/08 |
| 74 | Draft transcript dated 2/14/08 |
| 75 | Draft transcript dated 4/07/08 |
| 76 | Draft transcript dated 6/06/08 |
| 77 | Draft transcript dated 7/09/08 |
| 78 | Draft transcript dated 7/18/08 |
| 79 | Draft transcript dated 8/11/08 |
| 80 | Draft transcript dated 8/15/08 |
| 81 | Draft transcript dated 8/25/08 |
| 82 | Draft transcript dated 9/04/08 |
| 83 | Draft transcript dated 9/09/08 |
| 84 | Draft transcript dated 9/22/08 |
| 85 | Draft transcript dated 9/22/08 |
| 86 | Draft transcript dated 9/26/08 |
| 87 | Draft transcript dated 9/30/08 |
| 88 | Draft transcript dated 10/02/08 |
| 89 | Draft transcript dated 10/03/08 |
| 90 | Draft transcript dated 10/05/08 |
| 91 | Draft transcript dated 10/20/08 |
| 92 | Draft transcript dated 10/21/08 |
| 93 | Draft transcript dated 10/27/08 |
| 94 | Draft transcript dated 10/29/08 |
| 95 | Draft transcript dated 11/06/08 |

| DX # | Description |
|---|---|
| 96 | Draft transcript dated 11/07/08 |
| 97 | Draft transcript dated 11/26/08 |
| 98 | Draft transcript dated 12/01/08 |
| 99 | Draft transcript dated 12/13/08 |
| 100 | Draft transcript dated 12/17/08 |
| 101 | Draft transcript dated 1/05/09 |
| 102 | Draft transcript dated 2/06/09 |
| 103 | Draft transcript dated 2/09/09 |
| 104 | Draft transcript dated 3/09/09 |
| 105 | Draft transcript dated 3/09/09 |
| 106 | Draft transcript dated 4/07/09 |
| 107 | Draft transcript dated 4/21/09 |
| 108 | Draft transcript dated 4/21/09 |
| 109 | Draft transcript dated 4/28/09 |
| 110 | Draft transcript dated 5/12/09 |
| 111 | Draft transcript dated 5/14/09 |
| 112 | Draft transcript dated 5/26/09 |
| 113 | Draft transcript dated 5/30/09 |
| 114 | Draft transcript dated 6/8/09 |
| 115 | Draft transcript dated 6/15/09 |
| 116 | Draft transcript dated 6/16/09 |
| 117 | Draft transcript dated 6/24/09 |
| 118 | Draft transcript dated 7/23/09 |
| 119 | Draft transcript dated 7/29/09 |
| 120 | Draft transcript dated 8/14/09 |
| 121 | Draft transcript dated 8/20/09 |
| 122 | Draft transcript dated 8/25/09 |
| 123 | Draft transcript dated 8/27/09 |

| DX # | Description |
|---|---|
| 124 | Draft transcript dated 8/31/09 |
| 125 | Draft transcript dated 9/1/09 |
| 126 | Draft transcript dated 9/15/09 |
| 127 | Draft transcript dated 9/16/09 |
| 128 | Draft transcript dated 9/18/09 |
| 129 | Draft transcript dated 9/24/09 |
| 130 | Draft transcript dated 9/27/09 |
| 131 | Draft transcript dated 9/29/09 |
| 132 | Draft transcript dated 10/5/09 |
| 133 | Draft transcript dated 10/16/09 |
| 134 | Draft transcript dated 10/23/09 |
| 135 | Draft transcript dated 10/29/09 |
| 136 | Draft transcript dated 11/4/09 |
| 137 | Draft transcript dated 11/11/09 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  _____/s/_____
Samantha Ward
Paralegal Specialist
(718) 254-6142

cc:  Clerk of the Court (SLT)