**MICHAEL L. MACKLOWITZ**
*Attorney at Law*

299 Broadway, Suite 1405, New York, N.Y. 10007
TELEPHONE (212) 227-6655
FAX NO: (212) 732-6972

JEFFREY S. SHUPACK*
OF COUNSEL

*Admitted in N.Y. & N.J.

June 1, 2011

Honorable Sandra L. Townes
District Court Judge
United States District Court
Eastern District of New York
225 cadman Plaza east
Brooklyn, New York 11215

Re: USA v. Bombino, *et al.*
Cr. Docket No.10-147 (S-1) (SLT)

Dear Judge Townes:

    I represent Alicia Dimichele in the above referenced matter. In accordance with the Court's direction at the last status conference on May 27, 2011, attached please find my client's request to be excused at the next Status Conference scheduled for Friday, June 3, 2011.

Respectfully submitted,

Michael L. Macklowitz

May 31, 2011

Hon. Sandra L. Townes
District Court Judge
United States District Court
Eastern District of New York
225 cadman Plaza east
Brooklyn, New York 11215

Re: USA v. Bombino, *et al.*
Cr. Docket No.10-147 (S-1) (SLT)

    I Alicia Dimichele, a/k/a Alicia Garofalo, pursuant to the Courts direction, hereby request this Court to waive my appearance at the Status Conference scheduled for June 3, 2011 at 11:00 a.m. in the above referenced matter.

*[signature]*

Alicia Dimichele
a/k/a Alicia Garofalo