**JOHN S. WALLENSTEIN**
**Attorney at Law**
**1100 Franklin Avenue**
**Garden City, New York 11530**
**(516) 742-5600  Fax (516)742-5040**
email: jswallensteinesq@aol.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 0 6 2011 ★

BROOKLYN OFFICE

August 25, 2011

**VIA ECF**
Hon. Sandra L. Townes
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

~~The application is~~ ☒ ~~granted~~
~~denied~~

Sandra L. Townes, U.S.D.J.
Dated: *September 2, 2011*
Brooklyn, New York

Re:   United States v. Alicia DiMichele
Indictment # 10 CR 147 (S-2) (SLT)

Dear Judge Townes;

I represent Defendant Alicia DiMichele in the captioned Indictment. As the Court is aware, Ms. DiMichele is at liberty on bond, and reports regularly to PreTrial Services in the District of New Jersey, where she resides.

On behalf of Ms. DiMichele, I respectfully request the Court's permission for her to travel to Miami, Florida in September for a brief vacation. If approved, she plans to leave on September 21 and return on September 25 or 26 (depending on flights). She plans to travel with a friend, one Susan Marshall, and will stay at the Fontainebleu Hotel in Miami.

Pretrial Officer Edna Galarza has advised that she has no objection to this application. I have spoken with AUSA Rachel Nash, and the Government has no objection.

Thank you for your courtesy and consideration.

Respectfully yours,

/s/ *JOHN S. WALLENSTEIN*

JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA Rachel Nash (by ECF)
       USPTO Edna Galarza (DNJ)(By Fax)