# JOHN S. WALLENSTEIN
Attorney at Law
1100 Franklin Avenue
Garden City, New York 11530
(516) 742-5600  Fax (516)742-5040
email: jswallensteinesq@aol.com

October 27, 2011

**VIA ECF**
Hon. Sandra L. Townes
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Bombino, *et al*
                  Indictment # 10 CR 147 (S-2) (SLT)

Dear Judge Townes;

    I represent Defendant Alicia DiMichele in the captioned Indictment. This matter is scheduled for status conference on November 22, 2011 at 4:30 PM. Ms. DiMichele is the mother of three young children, who reside with her in the Cherry Hill area of New Jersey, approximately a 3 hour drive from the EDNY Courthouse.

    Assuming the status conference ends between 5:00PM and 5:30 PM, it is likely Ms. DiMichele would not be able to get back home (given rush hour traffic two days before Thanksgiving) until well after 8:00 PM. Because she needs to be home to provide care for her children in the evening hours, I respectfully request that her appearance at the status conference be waived. As the Court is aware, her trial has been severed from that of the co-defendants, and I will of course be present at the conference.

    Thank you for your courtesy and consideration.

                                      Respectfully yours,

                                      **/s/JOHN S. WALLENSTEIN**

                                      JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA Rachel Nash (by ECF)
        AUSA Allon Lifschitz (by ECF)
        All counsel (by ECF)